## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| TERRENCE GRAHAM, | : | No. 46 WM 2016 |
| Petitioner | : | |
| v. | : | |
| COURT OF COMMON PLEAS OF WASHINGTON COUNTY & HONORABLE JUDGE JOHN F. DISALLE, | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 12th day of May, 2016, the Application for Leave to File Original Process is **GRANTED**, the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**, and the Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.